IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DEREK M. WILLIAMS,

                Plaintiff,

v.

DR. SCHMIDT, DR. BREEN,
DR. HAMILTON, and DR. OLBINSKI,

                Defendants.

ORDER

14-cv-487-jdp

---

*Pro se* plaintiff Derek Williams, a prisoner incarcerated at the Green Bay Correctional Institution, is proceeding on claims that psychological staff at the prison has failed to properly treat his mental illness and placed him in unconstitutionally harsh conditions of confinement during two stints in "observation" status. In a September 15, 2015 order, I granted plaintiff's motion for the court's assistance in recruiting counsel to represent him and stayed the proceedings. Dkt. 27.

The court has successfully located counsel for plaintiff. Attorney Randall D. Crocker of the law firm von Briesen & Roper, S.C., has agreed to represent plaintiff, with the understanding that he will serve with no guarantee of compensation for his services. It is this court's intention that the scope of Attorney Crocker's representation extends to proceedings in this court only.[1]

Plaintiff should understand that because he is now represented in this case, he may not communicate directly with the court from this point forward. He must work directly with

---

[1] "Proceedings in this court" include all matters leading up to a final judgment on the merits, the filing of a notice of appeal, if appropriate, and ensuring that all steps are taken to transfer the record to the Court of Appeals for the Seventh Circuit.

his lawyer and must permit him to exercise his professional judgment to determine which matters are appropriate to bring to the court's attention and in what form. Plaintiff does not have the right to require counsel to raise frivolous arguments or to follow every directive he makes. He should be prepared to accept the strategic decisions made by his lawyer even if he disagrees with some of them. If plaintiff decides at some point not to work with this lawyer, he is free to end the representation, but plaintiff should be aware that it is unlikely that the court will recruit a second lawyer to represent him.

## ORDER

IT IS ORDERED that the clerk of court is directed to set a telephone conference before Magistrate Judge Stephen Crocker to set the schedule for the remainder of the proceedings in this lawsuit.

Entered November 25, 2015.

BY THE COURT:

/s/

JAMES D. PETERSON
District Judge