IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DEREK M. WILLIAMS,

                Plaintiff,

v.

STEVEN SCHMIDT, MARTHA BREEN,
TODD HAMILTON, and KATIE OLBINSKI,

                Defendants.

Case No. 14-cv-487-jdp

---

JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing plaintiff Derek M. William's claims against Todd Hamilton.

IT IS FURTHER ORDERED AND ADJUDGED that judgement is entered in favor of defendants Steven Schmidt, Martha Breen, and Katie Olbinski in accordance with the jury's verdict.

Approved as to form this 29TH day of August, 2019.

_____
James D. Peterson
District Judge


/s/ _____       8/29/2019
Peter Oppeneer                                            Date
Clerk of Court